AKRON BAR ASSOCIATION *v.* HOLT.

[Cite as Akron Bar Assn. v. Holt (1976),
46 Ohio St. 2d 223.]

(D. D. No. 76-6—Decided May 19, 1976.)

224

*Mr. Joseph P. Wheeler, Mr. Frank P. Kaufmann* and *Mr. James P. Kelley,* for relator.

*Freifield, Bruzzese, Wehr, Moreland & Co., L. P. A.,* and *Mr. Carl C. Moreland,* for respondent.

*Per Curiam.* The record fully supports the finding of fact made by the board of commissioners. Respondent has filed no objection thereto, and prays this court accept the recommendation of the board. We deem that recommendation appropriate upon these facts, and therefore suspend respondent from the practice of law for an indefinite period.

*Judgment accordingly.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.